MAY 16, 1983

No. 82–1436.   CITY OF TORRANCE *v.* WORKERS' COM-
PENSATION APPEALS BOARD OF CALIFORNIA ET AL.   Appeal
from Sup. Ct. Cal.   Motion of California Workers' Com-
pensation Institute for leave to file a brief as *amicus curiae*
granted.   Appeal dismissed for want of substantial federal
question.

No. 82–1558.   GAGNON ET AL. *v.* MASSACHUSETTS.   Ap-
peal from Sup. Jud. Ct. Mass. dismissed for want of jurisdic-
tion.   Treating the papers whereon the appeal was taken as
a petition for writ of certiorari, certiorari denied.

No. 82–233.   BROOKS ET AL. *v.* WINTER, GOVERNOR OF
MISSISSIPPI, ET AL.; and
   No. 82–413.   WINTER, GOVERNOR OF MISSISSIPPI, ET AL.
*v.* BROOKS ET AL.   Appeals from D. C. N. D. Miss.   The
judgment and order are vacated and the cases are remanded
for further consideration in light of § 2 of the Voting Rights
Act of 1965, 42 U. S. C. § 1973, as amended in 1982.   Re-
ported below: 541 F. Supp. 1135.

No. — – ——.   MULLEN *v.* UNITED STATES.   Motion to
direct the Clerk to file the petition for writ of certiorari out of
time denied.

No. A–824.   BOYD *v.* UNITED STATES.   C. A. 9th Cir.
Application for stay, addressed to JUSTICE STEVENS and re-
ferred to the Court, denied.

No. A–869.   BILLUPS *v.* UNITED STATES.   C. A. 4th Cir.
Application for stay and/or bond, addressed to JUSTICE POW-
ELL and referred to the Court, denied.